UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DISCOVER BANK | ) | CIVIL ACTION NO. 3:10-CV-01595 AVC |
|     Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEYIN WORTH | ) | |
|     Defendant | ) | MARCH 18, 2011 |

**MOTION TO DISMISS**
**COUNTERCLAIM AND THIRD PARTY COMPLAINT**

Plaintiff, DISCOVER BANK, and third party defendants, LAW OFFICES HOWARD LEE SCHIFF, P.C. and JEANINE M. DUMONT, hereby move to dismiss the plaintiff's Counterclaim and Third Party Complaint of the defendant, KEYIN WORTH, as more fully set forth in the Memorandum of Law in Support of defendants' Motion to Dismiss filed herewith.

        PLAINTIFF, DISCOVER BANK, and THIRD PARTY
        DEFENDANTS, LAW OFFICES HOWARD LEE SCHIFF P.C.,
        AND JEANINE M. DUMONT

        /s/*Jeanine M. Dumont*
        Jeanine M. Dumont, Ct05021
        Law Offices Howard Lee Schiff PC
        Its Attorneys
        510 Tolland Street
        East Hartford, Connecticut 06108
        Telephone (860) 528 9991
        Fax (860) 528 7602

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, on MARCH 18, 2011 to the following counsel of record:

**DEFENDANT:**
KEYIN WORTH
11 VILLAGE DRIVE
WOLCOTT, CT  06716

                                                                      /s/*Jeanine M. Dumont*
                                                                      Jeanine M. Dumont

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.